IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| McKEE MANAGEMENT ASSOCIATES, INC., et al., | : : : | |
| Plaintiffs and Counterclaim-Defendants, | : : | CIVIL ACTION |
| v. | : : | NO. 11-6862 |
| JOSEPH A. SANTANGELO, | : : | |
| Defendant and Counterclaim-Plaintiff. | : : | |

## ORDER

**AND NOW**, this 13th day of April 2012, upon consideration of Plaintiffs' Motion to Remand (Doc. No. 5), Defendant's Response in Opposition (Doc. No. 8), Plaintiffs' Reply (Doc. No. 13), and Defendant's Sur-Reply (Doc. No. 16), and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** that the Motion to Remand is **DENIED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**